No. 89–1463. EVANS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–1467. WRIGHT ET AL. *v.* LAND DEVELOPERS CONSTRUCTION CO., INC. Sup. Ct. Ala. Certiorari denied.

No. 89–1469. DRY LAND MARINA, INC. *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 89–1470. JACK *v.* CITY OF TONGANOXIE. Ct. App. Kan. Certiorari denied.

No. 89–1473. SALMINEN *v.* CITY OF HIBBING ET AL. Ct. App. Minn. Certiorari denied.

No. 89–1477. FIGLIUZZI ET UX. *v.* CITIBANK, N. A. C. A. 4th Cir. Certiorari denied.

No. 89–1479. SMITH *v.* BALTIMORE CITY POLICE DEPARTMENT ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 89–1480. DURAN *v.* TEXAS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 89–1481. SHAT-R-SHIELD, INC. *v.* TROJAN, INC. C. A. Fed. Cir. Certiorari denied.

No. 89–1482. LAWRENCE COAL CO. *v.* PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES. Pa. Commw. Ct. Certiorari denied.

No. 89–1485. CLARK *v.* SEVENTH JUDICIAL CIRCUIT OF SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 89–1489. CENTRAL VERMONT RAILWAY, INC. *v.* VERMONT ET AL. Sup. Ct. Vt. Certiorari denied.

No. 89–1490. MARINO ET AL. *v.* ORTIZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1491. HUGHES *v.* BUSS. C. A. 7th Cir. Certiorari denied.